## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ALBERT E. BROWN,

        Plaintiff,

   vs.

VEYER, LLC,

        Defendant.

Case No. 2:24-cv-02510-EFM-RES

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Albert E. Brown and Defendant Veyer, LLC, hereby stipulate to the dismissal with prejudice of all claims raised in the above-captioned matter in their entirety. It is further stipulated that the parties will each bear their respective costs, expenses, and attorneys' fees.

/s/ Charles S. Scott
Charles S. Scott, Jr. Esq.
6031 Albervan Street
Shawnee, KS 66216
913.396.2818
Email: charlesscott@kc.rr.com

ATTORNEY FOR PLAINTIFF

/s/ Robert J. Rojas
Robert J. Rojas, KS # 25807
Direct: 816.627.4437
E-Fax: 816.817.2767
rrojas@littler.com
Peter Strickland, KS # 30635
Direct: 816.627.4443
E-Fax: 816.326.9063
pstrickland@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106

ATTORNEYS FOR DEFENDANT

**Error! Unknown document property name.**